# Exhibit 2

| US7613919B2 | Asana ("The accused instrumentality") |
|---|---|
| 13. At a service provider in a computerized environment that includes a client, a service provider, and an authentication service, a method of the service provider authenticating the client through a one-time password previously exchanged between the authentication service and the client, the method comprising the service provider performing acts of: | The accused instrumentality discloses, at a service provider (e.g., the accused instrumentality) in a computerized environment that includes a client (e.g., a user of the accused instrumentality), a service provider (e.g., the accused instrumentality), and an authentication service (e.g., a multi-factor authentication service), a method of the service provider (e.g., the accused instrumentality) authenticating the client (e.g., a user of the accused instrumentality) through a one-time password (e.g., secure key) previously exchanged between the authentication service (e.g., a multi-factor authentication service) and the client (e.g., a user of the accused instrumentality).<br><br>The accused instrumentality allows a user to create its account on the platform of the accused instrumentality. It implements two-factor authentication for secure access to the user account. The two-factor authentication process requires a client such as Asana web app, etc., a service provider, an authenticator app and an authentication service.<br><br> Product ⌄  Solutions ⌄  Learning & support ⌄  Pricing   Contact sales   Log in<br><br># Supercharge your teams with AI that gets work done<br><br>Give your teams AI that understands their work, keeps projects moving, and gets better the more your teams use it.<br><br>Get started    View demo |

https://asana.com/



https://app.asana.com/-/login?
_gl=1*1g3kuv*_gcl_au*NDI4ODYwMzU3LjE3NzkxMDkxMjc.*FPAU*NDI4ODYwMzU3LjE3NzkxM
DkxMjc.*_ga*MTEwMzM4ODk5LjE3NzkxMDg3NTI.*_ga_J1KDXMCQTH*czE3NzkxMDg3NTEkbz
EkZzEkdDE3NzkxMDkxMzAkajU3JGwwJGgxNzc5MTUwMDk.*_fplc*QTBCalNwWXJjTndRWGxFV
GRFQjBMMHo3ZEtibEo1NmNNY0pidWs5Z3RqTDhhWHFDWkNGMyUyQmtDbUxUd3ozYldaUllP
THV5RXlJaHJuNTJrVDZ0TjBqanM4ZWVocTdsQXJmR2laQ0E1cjFvclFoQUIyUmo2ZllSaGxZT3piQ
0ElM0QlM0Q.

The accused instrumentality induces use of an authenticator app for the two-factor authentication.

Two-factor authentication (2FA) is a common, extra layer of security that you can add to your online accounts. Enabling two-factor authentication means that Asana will ask for an additional code, in addition to email and password, when authenticating.

## Related articles

- Mandatory two-factor authentication

- Privacy and security

This code will be generated by an authenticator app (e.g. Duo, Authy, Microsoft Authenticator) that you can install on your phone.

https://help.asana.com/s/article/two-factor-authentication?language=en_US



From the **Account** tab, click on **Two-Factor Authentication.**

https://help.asana.com/s/article/two-factor-authentication?language=en_US

**Next, you'll be asked to verify your password.**



https://help.asana.com/s/article/two-factor-authentication?language=en_US





https://help.asana.com/s/article/two-factor-authentication?language=en_US



https://help.asana.com/s/article/two-factor-authentication?language=en_US

As shown below, when the user registers for two-factor authentication, the accused instrumentality, i.e., the service provider, requests an authentication service to register the user using its information such as email, phone number, etc. The authentication service registers the user and generates an identifier (e.g., authentication service identifier) and a URI with a secure key (e.g., one-time password). The authentication service stores the secure key along with the identifier (e.g., authentication service identifier) generated for the user. The user stores the secure key received through the URI, using an authenticator application.

Further, when the user wants to log in to the platform of the accused instrumentality, i.e., the service provider, it provides an authentication code derived from the secure key (e.g., one-time password) along with its login credentials. The service provider verifies the login credentials and forwards the authentication code to the authentication service. The authentication service checks the authentication code derived from the secure key and verifies it against the stored secure key for the user. The authentication service informs the service provider of the validation results, and upon confirmation, provides the identifier (e.g.,

authentication service identifier) stored for the user. The service provider, upon receiving the confirmation response, grants access to the user.



https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c



https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c

- **Authentication Server:** Manages user accounts and validates credentials

- **TOTP Generator Service:** Handles time-based code generation and validation

- **Client Application:** Simulates the authenticator app experience

- **Database Layer:** Stores user data and connection information securely

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c

**User Registration and Secret Generation**

When a user creates an account, several important security measures are put in place:

```
var realUser = new User
{
    Email = user.Email,
    Password = user.Password,
    Name = user.Name,
    ActivationKey = Base32Encoding.ToString(KeyGeneration.GenerateRandomKey(20))
    Active = 1,
    SignedIn = 0,
    SignedInValidated = 0
};
```

client moniker

Password

The `ActivationKey` is the cornerstone of our 2FA system. This randomly generated 20-byte key serves as the shared secret between our server and the user's authenticator app. Both sides use this same key to generate identical TOTP codes, ensuring synchronization.

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c



Creating a new connection

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c



Stage 1 - User enables two-step authentication service

https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-authenticators-work/

## Stage 1

Steps 1 and 2: Bob opens the web page to enable two-step verification. The front end requests a secret key. The authentication service generates the secret key for Bob and stores it in the database.

Step 3: The authentication service returns a URI to the frontend. The URI is composed of a key issuer, username, and secret key. The URI is displayed in the form of a QR code on the web page.

https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-

| | |
|---|---|
| | authenticators-work/<br><br>**Stage 2**<br><br>Steps 1 and 2: Bob wants to log into a website with Google two-step verification. For this, he needs the password. Every 30 seconds, Google Authenticator generates a 6-digit password using the TOTP (Time-based One Time Password) algorithm. Bob uses the password to enter the website.<br><br>Steps 3 and 4: The frontend sends the password Bob enters to the backend for authentication. The authentication service reads the secret key from the database and generates a 6-digit password using the same TOTP algorithm as the client.<br><br>Step 5: The authentication service compares the two passwords generated by the client and the server, and returns the comparison result to the frontend. Bob can proceed with the login process only if the two passwords match.<br><br>https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-authenticators-work/ |
| the service provider associating a prior authentication service identifier for the client with a prior service provider identifier for the client; | The accused instrumentality discloses the service provider (e.g., the accused instrumentality) associating a prior authentication service identifier (e.g., an identifier) for the client (e.g., a user of the accused instrumentality) with a prior service provider identifier (e.g., login credentials such as email, phone number, etc.) for the client (e.g., a user of the accused instrumentality).<br><br>The accused instrumentality allows a user to create its account on the platform of the accused instrumentality. It implements two-factor authentication for secure access to the user account. The two-factor authentication process requires a client such as Asana web app, etc., a service provider, an authenticator app and an authentication service. |



https://app.asana.com/-/login?
_gl=1*1g3kuv*_gcl_au*NDI4ODYwMzU3LjE3NzkxMDkxMjc.*FPAU*NDI4ODYwMzU3LjE3NzkxM
DkxMjc.*_ga*MTEwMzM4ODk5LjE3NzkxMDg3NTI.*_ga_J1KDXMCQTH*czE3NzkxMDg3NTEkbz
EkZzEkdDE3NzkxMDkxMzAkajU3JGwwJGgxNzc5MTUwMDk.*_fplc*QTBCalNwWXJjTndRWGxFV
GRFQjBMMHo3ZEtibEo1NmNNY0pidWs5Z3RqTDhhWHFDWkNGMyUyQmtDbUxUd3ozYldaUllP
THV5RXlJaHJuNTJrVDZ0TjBqanM4ZWVocTdsQXJmR2laQ0E1cjFvclFoQUlyUmo2ZllSaGxZT3piQ
0ElM0QlM0Q.

The accused instrumentality induces use of an authenticator app for the two-factor
authentication.

Two-factor authentication (2FA) is a common, extra layer of security that you can add to your online accounts. Enabling two-factor authentication means that Asana will ask for an additional code, in addition to email and password, when authenticating.

## Related articles

- Mandatory two-factor authentication

- Privacy and security

This code will be generated by an authenticator app (e.g. Duo, Authy, Microsoft Authenticator) that you can install on your phone.

https://help.asana.com/s/article/two-factor-authentication?language=en_US



https://help.asana.com/s/article/two-factor-authentication?language=en_US



Next, you'll be asked to verify your password.

https://help.asana.com/s/article/two-factor-authentication?language=en_US





https://help.asana.com/s/article/two-factor-authentication?language=en_US

Lastly, enter the code generated by your authentication app and click **Enable.**



https://help.asana.com/s/article/two-factor-authentication?language=en_US

As shown below, when the user registers for two-factor authentication, the accused instrumentality, i.e., the service provider, requests an authentication service to register the user using its information such as email, phone number, etc. The authentication service registers the user and generates an identifier (e.g., authentication service identifier) and a URI with a secure key (e.g., one-time password). The authentication service stores the secure key along with the identifier (e.g., authentication service identifier) generated for the user. The user stores the secure key received through the URI, using an authenticator application.



https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c



https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c

- **Authentication Server:** Manages user accounts and validates credentials

- **TOTP Generator Service:** Handles time-based code generation and validation

- **Client Application:** Simulates the authenticator app experience

- **Database Layer:** Stores user data and connection information securely

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c

**User Registration and Secret Generation**

When a user creates an account, several important security measures are put in place:

```
var realUser = new User
{
    Email = user.Email,
    Password = user.Password,
    Name = user.Name,
    ActivationKey = Base32Encoding.ToString(KeyGeneration.GenerateRandomKey(20))
    Active = 1,
    SignedIn = 0,
    SignedInValidated = 0
};
```

client moniker

Password

The `ActivationKey` is the cornerstone of our 2FA system. This randomly generated 20-byte key serves as the shared secret between our server and the user's authenticator app. Both sides use this same key to generate identical TOTP codes, ensuring synchronization.

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c



Creating a new connection

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c

**Step 1: Create an Authy User** 🔗

```python
# Download the SDK from https://github.com/twilio/authy-python
from authy.api import AuthyApiClient

# Your API key from twilio.com/console/authy/applications
# DANGER! This is insecure. See https://twil.io/secure
authy_api = AuthyApiClient('api_key')

user = authy_api.users.create(
    email='new_user@example.com',      Client moniker
    phone='405-342-5699',
    country_code=57)

if user.ok():
    print user.id
    # user.id is the `authy_id` needed for future requests
else:
    print user.errors()      Authentication service identifier
```



Stage 1 - User enables two-step authentication service

https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-authenticators-work/

## Stage 1

Steps 1 and 2: Bob opens the web page to enable two-step verification. The front end requests a secret key. The authentication service generates the secret key for Bob and stores it in the database.

Step 3: The authentication service returns a URI to the frontend. The URI is composed of a key issuer, username, and secret key. The URI is displayed in the form of a QR code on the web page.

https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-

| | |
|---|---|
| | authenticators-work/ |
| the service provider receiving from the client a service provider identifier for the client and a one-time password from the client to use in authenticating the client through the authentication service, wherein the authentication service sent the one-time password to the client in exchange for a client moniker; | The accused instrumentality discloses the service provider (e.g., the accused instrumentality) receiving from the client a service provider identifier (e.g., login credentials such as email, phone number, etc.) for the client (e.g., a user of the accused instrumentality) and a one-time password (e.g., secure key) from the client (e.g., a user of the accused instrumentality) to use in authenticating the client (e.g., a user of the accused instrumentality) through the authentication service, wherein the authentication service sent the one-time password (e.g., secure key) to the client (e.g., a user of the accused instrumentality) in exchange for a client moniker (e.g., client information such as email, phone, etc.). <br><br> The accused instrumentality allows a user to create its account on the platform of the accused instrumentality. It implements two-factor authentication for secure access to the user account. The two-factor authentication process requires a client such as Asana web app, etc., a service provider, an authenticator app and an authentication service. |



https://app.asana.com/-/login?
_gl=1*1g3kuv*_gcl_au*NDI4ODYwMzU3LjE3NzkxMDkxMjc.*FPAU*NDI4ODYwMzU3LjE3NzkxM
DkxMjc.*_ga*MTEwMzM4ODk5LjE3NzkxMDg3NTI.*_ga_J1KDXMCQTH*czE3NzkxMDg3NTEkbz
EkZzEkdDE3NzkxMDkxMzAkajU3JGwwJGgxNzc5MTUwMDk.*_fplc*QTBCaINwWXJjTndRWGxFV
GRFQjBMMHo3ZEtibEo1NmNNY0pidWs5Z3RqTDhhWHFDWkNGMyUyQmtDbUxUd3ozYldaUllP
THV5RXlJaHJuNTJrVDZ0TjBqanM4ZWVocTdsQXJmR2laQ0E1cjFvclFoQUlyUmo2ZllSaGxZT3piQ
0ElM0QlM0Q.

The accused instrumentality induces use of an authenticator app for the two-factor authentication.

Two-factor authentication (2FA) is a common, extra layer of security that you can add to your online accounts. Enabling two-factor authentication means that Asana will ask for an additional code, in addition to email and password, when authenticating.

## Related articles

- Mandatory two-factor authentication

- Privacy and security

This code will be generated by an authenticator app (e.g. Duo, Authy, Microsoft Authenticator) that you can install on your phone.

https://help.asana.com/s/article/two-factor-authentication?language=en_US



From the **Account** tab, click on **Two-Factor Authentication.**

https://help.asana.com/s/article/two-factor-authentication?language=en_US



https://help.asana.com/s/article/two-factor-authentication?language=en_US





https://help.asana.com/s/article/two-factor-authentication?language=en_US

**Lastly, enter the code generated by your authentication app and click Enable.**



https://help.asana.com/s/article/two-factor-authentication?language=en_US

As shown below, when the user registers for two-factor authentication, the accused instrumentality, i.e., the service provider, requests an authentication service to register the user using its information such as email, phone number, etc. The authentication service registers the user and generates an identifier (e.g., authentication service identifier) and a URI with a secure key (e.g., one-time password). The authentication service stores the secure key along with the identifier (e.g., authentication service identifier) generated for the user. The user stores the secure key received through the URI, using an authenticator application.

Further, when the user wants to log in to the platform of the accused instrumentality, i.e., the service provider, it provides an authentication code derived from the secure key (e.g., one-time password) along with its login credentials. The service provider verifies the login credentials and forwards the authentication code to the authentication service. The authentication service checks the authentication code derived from the secure key and verifies it against the stored secure key for the user. The authentication service informs the service provider of the validation results, and upon confirmation, provides the identifier (e.g.,

authentication service identifier) stored for the user. The service provider, upon receiving the confirmation response, grants access to the user.



https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c



https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c

- **Authentication Server:** Manages user accounts and validates credentials

- **TOTP Generator Service:** Handles time-based code generation and validation

- **Client Application:** Simulates the authenticator app experience

- **Database Layer:** Stores user data and connection information securely

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c

**User Registration and Secret Generation**

When a user creates an account, several important security measures are put in place:

```
var realUser = new User
{
    Email = user.Email,
    Password = user.Password,
    Name = user.Name,
    ActivationKey = Base32Encoding.ToString(KeyGeneration.GenerateRandomKey(20))
    Active = 1,
    SignedIn = 0,
    SignedInValidated = 0
};
```

client moniker

Password

The `ActivationKey` is the cornerstone of our 2FA system. This randomly generated 20-byte key serves as the shared secret between our server and the user's authenticator app. Both sides use this same key to generate identical TOTP codes, ensuring synchronization.

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c



Creating a new connection

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c

**Step 1: Create an Authy User** 🔗

```python
# Download the SDK from https://github.com/twilio/authy-python
from authy.api import AuthyApiClient

# Your API key from twilio.com/console/authy/applications
# DANGER! This is insecure. See https://twil.io/secure
authy_api = AuthyApiClient('api_key')

user = authy_api.users.create(
    email='new_user@example.com',
    phone='405-342-5699',
    country_code=57)

if user.ok():
    print user.id
    # user.id is the `authy_id` needed for future requests
else:
    print user.errors()
```

Client moniker

Authentication service identifier



otpauth://totp/MyWebsite:Bob?secret=X5CTBOMEYE3TXIIS

**Issuer    User    Secret Key**

**Password**

Authentication service

**Stage 1 - User enables two-step authentication service**

https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-authenticators-work/

## Stage 1

Steps 1 and 2: Bob opens the web page to enable two-step verification. The front end requests a secret key. The authentication service generates the secret key for Bob and stores it in the database.

Step 3: The authentication service returns a URI to the frontend. The URI is composed of a key issuer, username, and secret key. The URI is displayed in the form of a QR code on the web page.

https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-

| | authenticators-work/ |
|---|---|
| | **Stage 2**<br><br>Steps 1 and 2: Bob wants to log into a website with Google two-step verification. For this, he needs the password. Every 30 seconds, Google Authenticator generates a 6-digit password using the TOTP (Time-based One Time Password) algorithm. Bob uses the password to enter the website.<br><br>Steps 3 and 4: The frontend sends the password Bob enters to the backend for authentication. The authentication service reads the secret key from the database and generates a 6-digit password using the same TOTP algorithm as the client.<br><br>Step 5: The authentication service compares the two passwords generated by the client and the server, and returns the comparison result to the frontend. Bob can proceed with the login process only if the two passwords match.<br><br>https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-authenticators-work/ |
| the service provider verifying that the service provider identifier received from the client matches the prior service provider identifier, and represents a valid service provider identifier; | The accused instrumentality discloses the service provider (e.g., the accused instrumentality) verifying that the service provider identifier (e.g., login credentials such as email, phone number, etc.) received from the client (e.g., a user of the accused instrumentality) matches the prior service provider identifier (e.g., login credentials such as email, phone number, etc.) and represents a valid service provider identifier (e.g., login credentials such as email, phone number, etc.).<br><br>The accused instrumentality allows a user to create its account on the platform of the accused instrumentality. It implements two-factor authentication for secure access to the user account. A first factor of the two-factor authentication is the user login credentials such as email, password, phone, etc., which is validated at a service provider i.e., the accused instrumentality and a second factor is an authentication code derived from a secure key which |

is validated at an authentication service.



https://app.asana.com/-/login?
_gl=1*1g3kuv*_gcl_au*NDI4ODYwMzU3LjE3NzkxMDkxMjc.*FPAU*NDI4ODYwMzU3LjE3NzkxM
DkxMjc.*_ga*MTEwMzM4ODk5LjE3NzkxMDg3NTI.*_ga_J1KDXMCQTH*czE3NzkxMDg3NTEkbz
EkZzEkdDE3NzkxMDkxMzAkajU3JGwwJGgxNzc5MTUwMDk.*_fplc*QTBCalNwWXJjTndRWGxFV
GRFQjBMMHo3ZEtibEo1NmNNY0pidWs5Z3RqTDhhWHFDWkNGMyUyQmtDbUxUd3ozYldaUllP
THV5RXlJaHJuNTJrVDZ0TjBqanM4ZWVocTdsQXJmR2laQ0E1cjFvclFoQUlyUmo2ZllSaGxZT3piQ
0ElM0QlM0Q.

| | The accused instrumentality induces use of an authenticator app for the two-factor authentication.<br><br>Two-factor authentication (2FA) is a common, extra layer of security that you can add to your online accounts. Enabling two-factor authentication means that Asana will ask for an additional code, in addition to email and password, when authenticating.<br><br>## Related articles<br><br>- Mandatory two-factor authentication<br><br>- Privacy and security<br><br>This code will be generated by an authenticator app (e.g. Duo, Authy, Microsoft Authenticator) that you can install on your phone.<br><br>https://help.asana.com/s/article/two-factor-authentication?language=en_US |
|---|---|

From the **Account** tab, click on **Two-Factor Authentication.**



https://help.asana.com/s/article/two-factor-authentication?language=en_US



https://help.asana.com/s/article/two-factor-authentication?language=en_US





https://help.asana.com/s/article/two-factor-authentication?language=en_US





https://help.asana.com/s/article/two-factor-authentication?language=en_US

<table>
<tr>
<td></td>
<td>

Two-factor authentication (2FA), sometimes referred to as *two-step verification* or *dual-factor authentication*, is a security process in which users provide two different authentication factors to verify themselves.

2FA is implemented to better protect both a user's credentials and the resources the user can access. It's typically used as part of a broader effort to prevent data breaches and the potential loss of personal data.

Two-factor authentication provides a higher level of security than authentication methods that depend on single-factor authentication. With SFA, the user provides only one authenticating factor, typically a password or passcode. Two-factor authentication methods rely on a user providing a password as the first factor and a second factor that's different from the initial factor, usually either a security token or a biometric factor such as a fingerprint or facial scan.

https://www.techtarget.com/searchsecurity/definition/two-factor-authentication

</td>
</tr>
<tr>
<td>

the service provider sending the one-time password to the authentication service in order to receive a client authentication service identifier from the authentication

</td>
<td>

The accused instrumentality discloses the service provider sending the one-time password (e.g., secure key) to the authentication service in order to receive a client authentication service identifier from the authentication service and identifying that a received authentication service identifier for the client matches the prior authentication service identifier for the client associated with the service provider identifier for the client at the service provider.

The accused instrumentality allows a user to create its account on the platform of the accused instrumentality. It implements two-factor authentication for secure access to the user account. The two-factor authentication process requires a client such as Asana web app, etc., a service provider, an authenticator app and an authentication service.

</td>
</tr>
</table>

| | |
|---|---|
| service; identifying that a received authentication service identifier for the client matches the prior authentication service identifier for the client associated with the service provider identifier for the client at the service provider. | <br><br><br><br>https://app.asana.com/-/login?<br>_gl=1*1g3kuv*_gcl_au*NDI4ODYwMzU3LjE3NzkxMDkxMjc.*FPAU*NDI4ODYwMzU3LjE3NzkxMDkxMjc.*_ga*MTEwMzM4ODk5LjE3NzkxMDg3NTI.*_ga_J1KDXMCQTH*czE3NzkxMDg3NTEkbzEkZzEkdDE3NzkxMDkxMzAkajU3JGwwJGgxNzc5MTUwMDk.*_fplc*QTBCaINwWXJjTndRWGxFVGRFQjBMMHo3ZEtibEo1NmNNY0pidWs5Z3RqTDhhWHFDWkNGMyUyQmtDbUxUd3ozYldaUllPTHV5RXlJaHJuNTJrVDZ0TjBqanM4ZWVocTdsQXJmR2laQ0E1cjFvclFoQUlyUmo2ZllISaGxZT3piQ0EIM0QIM0Q.<br><br>The accused instrumentality induces use of an authenticator app for the two-factor |

authentication.

Two-factor authentication (2FA) is a common, extra layer of security that you can add to your online accounts. Enabling two-factor authentication means that Asana will ask for an additional code, in addition to email and password, when authenticating.

## Related articles

- Mandatory two-factor authentication

- Privacy and security

This code will be generated by an authenticator app (e.g. Duo, Authy, Microsoft Authenticator) that you can install on your phone.

https://help.asana.com/s/article/two-factor-authentication?language=en_US



https://help.asana.com/s/article/two-factor-authentication?language=en_US

**Next, you'll be asked to verify your password.**



https://help.asana.com/s/article/two-factor-authentication?language=en_US





https://help.asana.com/s/article/two-factor-authentication?language=en_US



**Lastly, enter the code generated by your authentication app and click Enable.**

https://help.asana.com/s/article/two-factor-authentication?language=en_US

As shown below, when the user registers for two-factor authentication, the accused instrumentality, i.e., the service provider, requests an authentication service to register the user using its information such as email, phone number, etc. The authentication service registers the user and generates an identifier (e.g., authentication service identifier) and a URI with a secure key (e.g., one-time password). The authentication service stores the secure key along with the identifier (e.g., authentication service identifier) generated for the user. The user stores the secure key received through the URI, using an authenticator application.

Further, when the user wants to log in to the platform of the accused instrumentality, i.e., the service provider, it provides an authentication code derived from the secure key (e.g., one-time password) along with its login credentials. The service provider verifies the login credentials and forwards the authentication code to the authentication service. The authentication service checks the authentication code derived from the secure key and verifies it against the stored secure key for the user. The authentication service informs the service provider of the validation results, and upon confirmation, provides the identifier (e.g.,

authentication service identifier) stored for the user. The service provider, upon receiving the confirmation response, grants access to the user.



https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c



https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c

- **Authentication Server:** Manages user accounts and validates credentials

- **TOTP Generator Service:** Handles time-based code generation and validation

- **Client Application:** Simulates the authenticator app experience

- **Database Layer:** Stores user data and connection information securely

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c

**User Registration and Secret Generation**

When a user creates an account, several important security measures are put in place:

```
var realUser = new User
{
    Email = user.Email,
    Password = user.Password,
    Name = user.Name,
    ActivationKey = Base32Encoding.ToString(KeyGeneration.GenerateRandomKey(20))
    Active = 1,
    SignedIn = 0,
    SignedInValidated = 0
};
```

client moniker

Password

The `ActivationKey` is the cornerstone of our 2FA system. This randomly generated 20-byte key serves as the shared secret between our server and the user's authenticator app. Both sides use this same key to generate identical TOTP codes, ensuring synchronization.

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c



Creating a new connection

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c

**Step 1: Create an Authy User** 🔗

```python
# Download the SDK from https://github.com/twilio/authy-python
from authy.api import AuthyApiClient

# Your API key from twilio.com/console/authy/applications
# DANGER! This is insecure. See https://twil.io/secure
authy_api = AuthyApiClient('api_key')

user = authy_api.users.create(
    email='new_user@example.com',
    phone='405-342-5699',
    country_code=57)

if user.ok():
    print user.id
    # user.id is the `authy_id` needed for future requests
else:
    print user.errors()
```

Client moniker

Authentication service identifier



https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-authenticators-work/

## Stage 1

Steps 1 and 2: Bob opens the web page to enable two-step verification. The front end requests a secret key. The authentication service generates the secret key for Bob and stores it in the database.

Step 3: The authentication service returns a URI to the frontend. The URI is composed of a key issuer, username, and secret key. The URI is displayed in the form of a QR code on the web page.

https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-

authenticators-work/

## Stage 2

Steps 1 and 2: Bob wants to log into a website with Google two-step verification. For this, he needs the password. Every 30 seconds, Google Authenticator generates a 6-digit password using the TOTP (Time-based One Time Password) algorithm. Bob uses the password to enter the website.

Steps 3 and 4: The frontend sends the password Bob enters to the backend for authentication. The authentication service reads the secret key from the database and generates a 6-digit password using the same TOTP algorithm as the client.

Step 5: The authentication service compares the two passwords generated by the client and the server, and returns the comparison result to the frontend. Bob can proceed with the login process only if the two passwords match.

https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-authenticators-work/